# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. PARAISO,<br><br>    Petitioner,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Respondent. | Case No. CV 19-8116 MCS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections and Supplemental Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which the Objections and Supplemental Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

  The majority of Petitioner's Objections and Supplemental Objections re-argue contentions raised in the Petition that were adequately addressed in the Report and Recommendation. Petitioner also contends, however, that he should be released because of the elevated risk he faces in custody due to the COVID-19 pandemic. (Obj. at 9). The

health concerns of detainees at the Adelanto Immigration and Customs Enforcement Processing Center, where Petitioner is currently housed, arising from the COVID-19 pandemic are the subject of a pending case in this Court that has recently been provisionally certified as a class action under Federal Rule of Civil Procedure 23(b)(2). *See Kelvin Hernandez Roman, et al. v. Chad F. Wolf, et al.*, EDCV 20-0768 TJH (PVC), Dkt. No. 52. The class is defined in relevant part to include "all people who (1) [a]re currently detained in civil immigration detention at the Adelanto Immigration and Customs Enforcement Processing Center . . . ." (*Id.* at 8). Because Petitioner, by virtue of his housing, appears to be a member of that class, his COVID-19 arguments, which do not relate to the merits of the instant Petition, are more appropriately addressed in that litigation.

IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 4, 2020

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE