JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. PARAISO,<br><br>               Petitioner,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>               Respondent. | Case No. CV 19-8116 MCS (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 4, 2020

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE